THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br> ARCATA ASSOCIATES, INC., a Nevada corporation, <br><br> Defendant. | No. 2:19-cv-01595-TSZ <br><br> **STIPULATION AND ORDER** |

Pursuant to LCR 7(j), Plaintiff NORTHWEST ADMINISTRATORS, INC. ("Plaintiff"), through its counsel Reid, McCarthy, Ballew & Leahy, L.L.P., and Defendant ARCATA ASSOCIATES, INC. ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate and move this Court for an order under LCR 7(j) extending the deadline for Defendant's response to Plaintiff's Complaint and the Initial Scheduling Dates contained within this Court's October 16, 2019 Order. ECF No. 4. This Stipulation is based upon the following, and the parties agree:

1. That the parties are discussing settlement and believe that the matter will be resolved prior to the requested deadline for Defendant's responsive pleading. The parties will notify this Court immediately if a settlement is reached.

STIPULATION AND ORDER - 1
(Case No. 2:19-cv-01595-TSZ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

2. That this is the first request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint, and the first request for an extension of the Initial Scheduling Dates.

3. That Defendant's response to Plaintiffs' Complaint shall be due on or before **January 17, 2020**.

4. That the FRCP 26(f) Conference shall be held on or before **February 4, 2020**.

5. That the parties' Rule FRCP 26(a)(1) disclosures shall be due on or before **February 18, 2020**.

6. That the parties' Combined Joint Status Report and Discovery Plan shall be due on or before **February 18, 2020**.

7. That this request is made in good faith and not for the purpose of delay.

8. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party. **IT IS SO STIPULATED**.

Dated this 16th day of December, 2019.

Presented by:

REID, MCCARTHY, BALLEW & LEAHY, L.L.P.

By: */s/ Russell J. Reid*
    Russell J. Reid, WSBA No. 2560
    Reid, McCarthy, Ballew & Leahy, L.L.P.
    100 West Harrison Street
    North Tower, Suite 300
    Seattle, WA 98119
    206-285-0464
    rjr@rmbllaw.com
    Attorneys for Plaintiff
    *Northwest Administrators, Inc.*

JACKSON LEWIS P.C.

By: *s/ Michael A. Griffin*
    Michael A. Griffin, WSBA No. 29103
    520 Pike Street, Suite 2300
    Seattle, WA 98101
    206-405-0404
    michael.griffin@jacksonlewis.com

Attorneys for Defendant
*Arcata Associates, Inc.*

### **ORDER**

IT IS SO ORDERED:

Dated this 17th day of December, 2019.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER - 2
(Case No. 2:19-cv-01595-TSZ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404